531 A.2d 1108

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Tyrone CLARK.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1987.

Decided Oct. 8, 1987.

Reconsideration Denied Dec. 16, 1987.

Edward J. Tocci, Dist. Atty., Ahmed T. Aziz, Asst. Dist. Atty., Beaver, for appellant.

John L. Walker (Court-appointed), Beaver, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., did not participate in the consideration or decision of this case.

PAPADAKOS, J., dissents and would grant reconsideration.